Mr. Acosta                              7.7.2015

In Writ Number WR-58,647-03 You Ruled That I Exceeded The Two Pages Allowed For Each Ground Relief And Supporting Facts. This Is Absolutely Not True. My Writ Of Habeas Corpus Application For Ground One Is A 1/4 Page, Not Two Pages. My Memorandum Of Law Is Approximately 10 Pages Long But Such Is Excluded.

Your Writ Number Of WR-58,647-03 Does Not Apply To This Trial Court Cause Number CR 2008-322-1. Please Check Your System As This Is My First Writ On This Cause Number.

Please Correct This Mistake And Allow My Denial Of Due Process And Denial Of My 5th Amendment Be Reviewed.

Thanking You And Your Professional Staff In This Matter.

Respectfully,

Gary Hoover
#1590678
3001 S. Emily Dr.
Beeville Tx 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 15 2015

Abel Acosta, Clerk